IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROLANDO GAOIRAN,

        Petitioner,

v.

S.W. ORNOSKI, Warden, et al.,

        Respondent.

        No. CV-05-4253 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: December 18, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk